# EXHIBIT A



February 14, 2024

Teresa Burnett

Re:   Application for Special Event Permit – Transgender Day of Visibility Celebration

The application for a special event permit submitted February 5, 2024 for an event on March 30, 2024 in southeast park is denied. At the direction of the City Commission, City Staff has reviewed last year's drag show event conducted by the group identified in the application and finds, based upon interviews with law enforcement officers who witnessed the event, that there are clear public safety issues related to the event and that lewd behavior occurred during the event which violates contemporary community standards in Canyon as defined in TEXAS PENAL CODE subchapter B of Chapter 43.

Sincerely,

Joseph H Price, City Manager

Steve Brush, Chief of Police

Gary Hinders — MAYOR
Cody Jones — MAYOR PRO-TEM
Paul R. Lyons — COMMISSIONER

Robyn Cranmer — COMMISSIONER
Danny Potter — COMMISSIONER
Joseph H. Price — CITY MANAGER
Chuck Hester — CITY ATTORNEY

301 16th Street   ★   Canyon, Texas 79015   ★   806.655.5000   ★   fax: 806.655.5025   ★   www.canyontx.com