# EXHIBIT B



**From:** Joe Price <jprice@canyontx.com>
**Date:** March 31, 2023 at 9:24:17 AM CDT
**To:** Katye Abramson Winter
**Cc:** Chuck Hester <chuck@chuckhesterlaw.com>, Jon Behrens <jbehrens@canyontx.com>, Gretchen Mercer <gmercer@canyontx.com>, Gary Hinders <ghinders@canyontx.com>, Steve Brush <sbrush@canyontx.com>
**Subject: RE: Drag Show in our parks!!!!**

Ms. Winter,

Thank you for your response.

First and foremost, I am politely asking you to please respond in a professional manner. I'd kindly like to remind you that this is a professional setting and not social media.

Second, I believe that you may not have read my whole email. Please refer to the Ordinance surrounding Special Event Permits: Special Event Permits | City of Canyon, TX - Official Website (canyontx.com)

Third, I mentioned that we ensure it meets our local regulations. We also make sure that the permit conforms to State and Federal Law. A strip show would not conform with the law. There is clear state law and guidelines in the area of a strip show.

Fourth, if you know of a 'law' that this would fall under allowing the City to prohibit this

1

objectionable content please bring that to our attention.

Thank you again for your email, I am in receipt of it.

Have a nice day!

**Joe Price, CPM, CFM**
City Manager
City of Canyon
www.CanyonTX.com
O: (806) 655-5000
F: (806) 655-5025
301 16th Street
Canyon, Texas 79015

**ATTENTION ELECTED OFFICIALS:**
A "Reply to All" of this email could lead to violations of the Texas Open Meetings Act. Please reply only to the sender.

This message is intended only for the named recipient. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

**From:** Katye Abramson Winter [mailto:▇▇▇▇▇▇▇]
**Sent:** Thursday, March 30, 2023 10:30 PM
**To:** Joe Price <jprice@canyontx.com>
**Cc:** Chuck Hester <chuck@chuckhesterlaw.com>; Jon Behrens <jbehrens@canyontx.com>; Gretchen Mercer <gmercer@canyontx.com>; Gary Hinders <ghinders@canyontx.com>
**Subject:** Re: Drag Show in our parks!!!!

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

So you're telling me you do not ask what kind of event someone is holding before issuing a permit? Literally, someone could have strip show and y'all would be ok with it? Oh wait.

Do you realize that the pavilion is directly visible from field 9 stands at southeast baseball complex and from the playground there.? Are y'all going to explain to my kids and everyone else's kids who will be playing or watching baseball Saturday afternoon, what is going on over at that park?! Have you no morals?! You're ok with helping steal the innocence of children by enticing them over there since they're having an egg hunt and it will be very appealing.

This is immoral and I cannot believe the city of Canyon is allowing indecency in front of children at a public park at at any time, but especially on a sat afternoon where 100s of innocent children will be playing and watching baseball. Shame on you.

Sent from my iPhone

On Mar 29, 2023, at 10:34 AM, Joe Price <jprice@canyontx.com> wrote:

Ms. Winter,

Thank you for the email and reaching out to us about your concerns.

We have received several inquiries and concerns about this event.

The Special Event Permit was submitted to the City of Canyon on February 27, 2023.

The City of Canyon reviewed the permit for completeness and that it meets our local regulations. We also make sure that the permit conforms to State and Federal Law.
We have the Special Events Ordinance and Permit Application on our City Website. For more information here are the standards listed for Special Community Event Applications/Permits: Special Event Permits | City of Canyon, TX - Official Website (canyontx.com)
For example, we require these events to have liability insurance, additional trash receptacles, we may require off-duty officers, etc.

The City does not review permits on the essence of the event type or the nature of the event.

If the event meets the set forth criteria, then it gets approved.

In no way, shape or form does the City of Canyon support, condone or condemn <u>any</u> of the events that are approved. The City organization is completely neutral on these events.

At the present time, we do not find any legal reason to disallow the event that you have referenced. We are in direct communication with our City Attorney on the matter, as well as reaching out to the District Attorney and possibly the Attorney General to seek their legal opinion.
Additionally, we have spoken with several State Legislators on the matter. As you know, a City's authority is granted by the Texas State Legislature and we cannot operate outside the confines of that authority.

Thank you for the email and reaching out to us about your concern (and putting it in written detail).

<image001.jpg>

**Joe Price, CPM, CFM**
City Manager
City of Canyon
O: (806) 655-5000
F: (806) 655-5025
301 16th Street
Canyon, Texas 79015

www.CanyonTX.com

<image002.png>
<image003.png>
<image004.png>

<u>ATTENTION ELECTED OFFICIALS:</u>
A "Reply to All" of this email could lead to violations of the Texas Open Meetings Act.
Please reply only to the sender.

This message is intended only for the named recipient. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

3

**From:** Gary Hinders
**Sent:** Monday, March 27, 2023 2:41 PM
**To:** Joe Price <jprice@canyontx.com>
**Subject:** Fwd: Drag Show in our parks!!!!

Sent from my iPad

Begin forwarded message:

> **From:** Katye Abramson Winter
> **Date:** March 27, 2023 at 10:03:4
> **To:** Gary Hinders <ghinders@canyontx.com>, Cody Jones <CJones@canyontx.com>, Paul Lyons <PLyons@canyontx.com>, Kelsey Ward <kward@canyontx.com>, "rray@canyontx.com" <rray@canyontx.com>
> **Subject: Drag Show in our parks!!!!**
>
> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Mayor and City Council
>
> Can someone please tell me how and why a drag show in our park is being allowed- Especially on opening day for canyon baseball association when the park will be packed with kids. Drag shows are not for kids no matter who screams the loudest. Why would the city allow this? And there needs to be an obscenity ordinance created if there is not one already. I request an ordinance of this nature be put on the next council meeting agenda.
>
> Sincerely
>
> Katye Winter
> Canyon resident
> Canyon taxpayer
>
> 
>
> Sent from my iPhone

4