# EXHIBIT D



# SPECIAL COMMUNITY EVENT APPLICATION

A permit is required for Special Community Events taking place on city property or streets, utilizing city services or affecting municipal polices and affairs. Applications must be submitted a minimum of thirty (30) working days prior to the event to the City of Canyon Planning & Development Department. **There is a $25 non-refundable permit fee** and a $15 technology fee. Fees for city facilities and services may also apply. City assistance must be finalized fourteen (14) days prior to the event. All Special Community Event Permit applications will be reviewed by the Chief of Police and notification of application status will be provided to the applicant within five working days of receiving the application. Incomplete applications will not be considered. Based on the details of this application, additional permits and inspections may be required by the City and other agencies. Applicants are encouraged to read the ordinance associated with this permit prior to submitting an application. Ordinance 1021 may be found at www.canyontx.com under Code of Ordinances.

Return completed application to the City of Canyon Planning & Development Department at
301 16th Street,
Canyon, Texas 79015. For questions please call 806-655-5014.

Name of Event: ~~Visiting~~ Visible Revolution Celebration

Date(s) of Event: April 1st

Type of Event: ◯ Run/Walk   ◯ Street Fair   ◯ Other

◯ Arts and Crafts show, Carnival, Circus, Rally, Public Entertainment, Motorcade

**Applicant Information**

Applicant Name: Sam Burnett          Date: 2-27-23

Address: ████

Home Phone Number: ████   Cell Number: ████

Email: ████

Organization: Amarillo Area Transgender Advocacy Group

Organization Address: _____ Organization Phone: ████

If the event is to be held by or for any person/organization other than the applicant, the applicant shall attach a written statement from that other person/organization showing authority to make this application.

Page 1 of 9

**Event Information** - A site plan must be submitted providing the information requested in this application. Site Plan can be found on pages 6 and 7 of this application.

Event Location/Address: __Paul Lindsey Park__

Is this address private or public property?   ○ Private   ●Public

Event Location:   ○ Indoor   ●Outdoor

Event Start Time: ~~10am~~ 12 pm   Event End Time: __5pm__

Event Set-up Time: __10 am__   Event Tear-down Time: __8pm__ Started & Completed

Projected number of persons attending event: __100__

Please describe in detail the activities planned.

__Performances, egg Hunt, booths, speakers, Food trucks__

___

___

___

___

**Traffic/Police/Utility Needs**

Will your event require the following?   *Fees may be required for City services and use of City facilities.*

**Parking Arrangements**   ●Yes ○ No
- What type of parking will be utilized by this event? ✓ Onsite ___ Off Site ___ Both
  *If off-site and parking is on private property, applicant must submit a letter of permission from property owner.*
- Parking attendants?   ○ Yes ●No   If yes, how many? _____
- How will attendees be transferred from off-site parking to the event area and returned?

___

**Electricity**   ●Yes ○ No
Electrical plugs? Electrical panel and/or generator? How many? Locations? Company providing generators?

Page 2 of 9

**Police Security**          ● Yes  ○ No
The applicant may be required to provide police officers for security, crowd and traffic control at the event. The total number of police officers working at the event is determined by the Canyon Chief of Police per Chapter 98 of the Code of Ordinances.

**Traffic Control**          ○ Yes  ● No
Identify locations on <u>site plan</u> where requesting road closures and possible directing of traffic by officers.

**Trash Receptacles**   ● Yes ○ No
Identify the types of trash your event will create and provide suggested locations for trash receptacles. Applicants are responsible for the removal of all trash and litter on the day of the event
Dumpster: _____          Roll out: _____          Number of Receptacles: _____

**Fresh Water Connections**  ○ Yes  ● No
Identify locations requested on site plan.

**Disposal of Wastewater**
Describe plans to dispose of any wastewater in connection with the event.

**Amplified Sound**          ○ Yes  ● No
Include specific details on the type of amplified sound. Site plan should show location and orientation of the systems. Speakers should not be positioned so as to adversely affect any adjacent residential area between the hours of 10 p.m. and 7 a.m.

**Provide a site plan including an event site plan, parking, booths, and emergency entrance and exits. All items checked "Yes" below must also be identified on the site plan and provide descriptive information where necessary. Check all items below that apply to your event. Items marked with ** may require additional permits and/or inspections.**

○ Yes ● No    Will there be a petting zoo or any type of animals at the event? **

○ Yes ● No    Will there be any inflatable's?

○ Yes ● No    Will there be portable restrooms? _____ How many? _____
              Company providing restrooms _____
              Adequate numbers of accessible units are required.

○ Yes ● No    Will any of the following be used – stage, stage/trailer, grandstand or bleachers?

● Yes ○ No    Will there be a first aid station? If so by whom? Amarillo Health Dept

○ Yes ● No    Will there be amusement rides? **

○ Yes ● No    Will alcoholic beverages be sold at the event? May require fencing and

|   |   |
|---|---|
| | controlled entrances ** (<u>Must contact Texas Alcoholic Beverage Commission</u>) |
| ⊘Yes ◯No | Will food or beverages be sold at event?  ** (Must contact Environmental Health Department at 806-378-9472) |
| ⊘Yes ◯No | Will there be merchandise sales? |
| ◯Yes ⊘No | Will there be use of liquid propane or BBQ pits? |
| ◯Yes ⊘No | Will fencing be utilized to secure the event? |
| ◯Yes ⊘No | Will there be fireworks?  Must be approved by Fire Chief and administered by a licensed technician. |
| ⊘Yes ◯No | Will there be tents (top with sides)?  A "Certificate of Fire Retardant and inspection may be required. |
| ⊘Yes ◯No | Will there be canopies (top w/no sides)? |

### Public Notification
City may require that applicant deliver written notice to all owners or occupants of real property abutting the boundaries of the area in which the event will be conducted.  The notice must include the following information:  event date, time, location, and a statement that an application for a Special Event Permit has been filed.

### Other Permits & Fees
Attach copies of any required insurance, surety bonds, permits or other documents described in Section 98 of the City of Canyon Code of Ordinances or in this application.

### Cleanliness
Applicant shall return public spaces to a clean and orderly condition and replace all City property to its original location.  Applicant shall pay for the cost of replacement or repair of any damage to the facility or equipment within that public space caused from the use thereof.  Appliance shall refrain from applying any permanent or semi-permanent markings to roads and pedestrian pathways without prior approval.

### Damage or Loss of Materials
When events are not operated or sponsored by the City, the City shall not be responsible for damage or loss of materials used or left in any public spaces and does not assume liability on groups or individuals attending an event within said public spaces.

### Insurance
No event permit shall be issued for a special event, parade, or race, until the applicant has filed a certificate of insurance, indicating that the required insurance to repair or replace any damage to publicly owned property within or adjacent to the event.  Insurance policy shall be in force and effect during the period of time of the event and lists the City as an Additional Insured.  Such insurance policy must be in the face amount of not less than ten thousand dollars ($10,000.00), and issued by a company licensed to issue such policy in Texas.  This provision may be satisfied by either a special policy issued solely for the event or, by a standing liability policy maintained by the applicant year round, so long as it meets the requirements of this subsection. Applicants have the right to show cause when the insurance requirement should be reduced or waived, and to attach such request with the submitted permit application.  The City

Manager will review requests and may increase, lower, or drop the insurance requirement based upon review of the event application.

An applicant may be required to furnish additional liability insurance based upon the type of event, equipment, machinery, location, alcohol related exposures, number of people involved, and other pertinent factors or risks associated with the event. Final determination of the amount of additional insurance necessary will be made by the City Manager.

## **Indemnity Agreement**

1) As a condition of a Special Event Permit being issued, the applicant agrees to protect, indemnify and hold harmless, the City of Canyon, its officers, agents and employees, from and against suits, actions, claims, losses, liability or damage of any character, and from and against costs and expenses including attorney fees incidental to the defense of such suits, actions, claims, losses, damage or liability on account of injury, death or otherwise, to any person or damage to any property, arising from any negligent act, error or omission of the undersigned, its officers, employees or agents, arising out of, resulting from, or caused by any act occurring as a result of the exercise of the privileges granted by this permit.

2) Applicant agrees that this indemnity agreement is intended to be as broad and inclusive as is permitted by the laws of the state of Texas, and that if any portion is held invalid, the remainder shall; notwithstanding, continue in full legal force and effect.

3) This indemnity agreement contains the entire agreement of the undersigned and the City of Canyon, and may not be modified or altered without the express written consent of the City of Canyon.

4) This indemnity agreement shall be construed in accordance with Texas law and is preferable for all purposes in the County of Randall, State of Texas.

**I do solemnly swear (or affirm) that all answers given and statements made on this applicant are, true and correct to the best of my knowledge and beliefs. I am aware of Ordinance 1021 and agree to comply with the requirements associated with it and those described in this application.**

_____        _2/24/23_____
Applicant Signature                                                         Date

If the event will be held on private property, please have this portion signed by the owner of the private property where the Special Event is going to be held.

I hereby grant the applicant and any affiliated organization permission to use my property in connection with the Special Event above described. I am aware of Ordinance 1021 and agree to comply with the requirements associated with it.

_____        _____
Property Owner Signature                                                  Date

## Map or Sketch of Event, Equipment, and Parking Plan

Place a check next to each item included in your event and map or sketch out their locations on page 7.

- [ ] Identify all streets to be used or blocked and indicating whether all or only a portion of the street is used.
- [x] Assembly area
- [ ] Disbanding area
- [ ] Plan of evacuation and proposed fire lanes
- [ ] Placement of Amplified Sounds/Loudspeakers
- [ ] Barricades
- [ ] First Aid Stations
- [ ] Tent(s)   Size(s) _____
- [ ] Dumpster(s)
- [ ] Portable Restrooms   #Regular_____   #Handicapped_____
- [x] Parking Arrangements

Will there be any proposed parking along a street or highway?   ⊗ Yes   ◯ No

Will there be any off-site parking:   ◯ Yes   ⊗ No
If yes, applicant must include permission from property owner in application.

How will participants and attendees be transferred to the event and returned to the parking areas?

_____

_____

**Map/Sketch on Next Page**



Map or Sketch

Office Use Only  2/27/23

## Special Event Permit Signature Sheet

Application #: _____ Permit Fee: _____ / _____
                                               Check #                   Amount          Cash Amount

Credit Card Amount: _____      Receipt #: _____      Date: _____

Comments: _____

1. **Police Department**  (Approved)   Denied   Date: 2·28·2023
   Signature: _____
   City Support requirements if any: _____
   # Staff ___ x ___ #Hours x $ ___ Hourly Wage   = $ ___ Cost
   Comments: _____

2. **Fire Department**  (Approved)   Denied   Date: 3-1-23
   Signature: _____
   City Support requirements if any: _____
   # Staff ___ x ___ #Hours x $ ___ Hourly Wage   = $ ___ Cost
   Comments: _____

3. **Public Works Department**  (Approved)   Denied   Date: 3/1/23
   Signature: _____
   City Support requirements and rates, if any _____
   # Staff ___ x ___ #Hours x $ ___ Hourly Wage   = $ ___ Cost
   Comments: Solid waste to provide 1 dumpster - to be delivered 3/31

4. **Parks Department**   Approved   Denied   Date: 3-6-23

Signature: _Brian Floy_

City Support requirements and rates, if any _____

# Staff ____ x ____ #Hours x $ ____ Hourly Wage   = $ ____ Cost

Comments: Will have baseball games - restrooms will be open + available - will be used by BB players and families also

5. **City Manager**   Approved   Denied   Date: 3/6/23

Signature: ____

City Support requirements and rates, if any _____

Comments: _____

Form should be completed and forwarded to next office on day received. City Manager will forward application to Police Department.

Other Additional Charges:

Nature of Cost _____   # of Units ____ x $ ____ Unit Cost = $ ____ Cost
Nature of Cost _____   # of Units ____ x $ ____ Unit Cost = $ ____ Cost
Nature of Cost _____   # of Units ____ x $ ____ Unit Cost = $ ____ Cost

TOTAL ADDITIONAL COSTS = $ _____

Special Event Permit Approved ____   3-7-2023
                              Chief of Police            Date

**Special Event Permit Number** _____

04/02/2018

Page 9 of 9