# EXHIBIT E



**From:** Joe Price <JPrice@canyontx.gov>
**Date:** May 8, 2024 at 1:38:36 PM CDT
**To:** Chuck Hester <chuck@chuckhesterlaw.com>
**Subject: FW: Drag Show**

**From:** Joe Price
**Sent:** Friday, March 24, 2023 4:57 PM
**To:** Gary Hinders <ghinders@canyontx.com>
**Subject:** Re: Drag Show

Thanks for sharing Gary.

Joe Price, CPM
City Manager
City of Canyon

1

On Mar 24, 2023, at 4:43 PM, Gary Hinders <ghinders@canyontx.com> wrote:

Joe,

I am getting a lot of comments on this today. Several irate phone calls.

Sent from my iPad

Begin forwarded message:

> **From:** Jan Whaley
> **Date:** March 24, 2023 at 10:06:27 AM CDT
> **To:** ghinders@canyontx.com
> **Subject: Drag Show**
>
> **CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**
>
> Dear Mr. Hinders:
>
> It has come to my attention that a perverse drag show is scheduled to be in the Canyon park. I have been told that they will have thousands of Easter eggs to attract the children. This is absolutely disgusting, as well as being an abomination to God. If we don't want a drag show on the college campus, we certainly don't want it in our park, attracting children. We who live in this community do not want anything aligned with the LGBTQ agenda. I am very surprised that someone in our local government is not more concerned about what the people of the community want and about the attack on our children.
>
> I urge you to put a stop to this outrageous display of vulgarity. We want government that upholds righteousness, not the perversion of the world. If we don't have that, then we will be working to replace it with one that does.
>
> Thank you for your consideration to this matter.
>
> Jan Whaley
> Canyon, Texas

2