# EXHIBIT F



**From:** Joe Price <jprice@canyontx.com>
**Date:** March 27, 2023 at 11:15:35 AM CDT
**To:** Chuck Hester <chuck@chuckhesterlaw.com>
**Subject: Fwd: Concern over targeting of children by Transgender drag show easter egg hunt April 1**



Joe Price, CPM
City Manager
City of Canyon

Begin forwarded message:

> **From:** David Harrison
> **Date:** March 27, 2023 at 10:04:27 AM CDT
> **To:** Joe Price <jprice@canyontx.com>

1

**Subject: Concern over targeting of children by Transgender drag show easter egg hunt April 1**

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Dear Mr Price

I am concerned that this is an event that would not be supported by the majority of Canyon citizens, businesses and parents.

Would you be willing to meet with me and help me understand why this yearly event is in the best interest of children, parents, the community and voters?    David
I am a "new" resident of Canyon with three sons in Canyon ISD, and a local business man.

There are those in the Texas state legislature that see such events as dangerous to children and the community as well.

"This bill will stop this - SB 12 by Hughes - Relating to restricting certain sexually oriented performances on public property, on the premises of a commercial enterprise, or in the presence of a child; authorizing a civil penalty; creating a criminal offense. - It needs a hearing. Call Senator Sparks and ask him to sign on and give his support. kevin.sparks@senate.texas.gov 1-512-463-0131.
https://capitol.texas.gov/BillLookup/History.aspx…"

**The gender confused group, AATAG\* plans to target/sexualize children, denigrate/objectify women, attacking the Family**

**by hosting a drag show easter egg hunt April 1st at Paul Lindsey Park 12-5pm SE park rear pavilion in Canyon Texas**

**This is the same group that sought to have a drag show at WT resulting in the targeting of WT president Dr. Wendler**

  \*Amarillo Area Transgender Advocacy Group AATAGhttps://www.facebook.com/events/1168379880537680/?

2

ref=newsfeed

Amarillo Area Transgender Advocacy Group AATAG

Nonprofit Organization     President: Sam Burnett Vice President: Open Secretary: Kristoff Glenn Treasurer: Jen Lewis Sergeant of Arms: Ali Ramos Public Relations Chair: Teresa Burnett

http://aatagtx.org/       (806) 340-0121
https://www.facebook.com/search/top/?q=AATAG

Buff Allies  at WT     wtamu.edu/buffallies       (806) 651-2417
wtamu.edu/buffallies





3

**David Harrison**