# EXHIBIT G

Received
2/5




# SPECIAL COMMUNITY EVENT APPLICATION

A permit is required for Special Community Events taking place on city property or streets, utilizing city services or affecting municipal polices and affairs. Applications must be submitted a minimum of thirty (30) working days prior to the event to the City of Canyon Planning & Development Department. **There is a $25 non-refundable permit fee** and a $15 technology fee. Fees for city facilities and services may also apply. City assistance must be finalized fourteen (14) days prior to the event. All Special Community Event Permit applications will be reviewed by the Chief of Police and notification of application status will be provided to the applicant within five working days of receiving the application. Incomplete applications will not be considered. Based on the details of this application, additional permits and inspections may be required by the City and other agencies. Applicants are encouraged to read the ordinance associated with this permit prior to submitting an application. Ordinance 1021 may be found at www.canyontx.com under Code of Ordinances.

**Return completed application to the City of Canyon Planning & Development Department at 301 16th Street, Canyon, Texas 79015. For questions please call 806-655-5014.**

Name of Event: Transgender Day of Visibility Celebration

Date(s) of Event: ~~March 30 2024~~

Type of Event: ○ Run/Walk ○ Street Fair ⊘ Other

○ Arts and Crafts show, Carnival, Circus, Rally, Public Entertainment, Motorcade

**Applicant Information**

Applicant Name: Teresa Burnett Date: 2-2-2024

Address: [redacted]

Home Phone Number: ______ Cell Number: [redacted]

Email: [redacted]

Organization: Amarillo Area Transgender Advocacy Group

Organization Address: " Organization Phone: "

*If the event is to be held by or for any person/organization other than the applicant, the applicant shall attach a written statement from that other person/organization showing authority to make this application.*

**Event Information** - A site plan must be submitted providing the information requested in this application. Site Plan can be found on pages 6 and 7 of this application.

Event Location/Address: South east/Paul Lindsey Park

Is this address private or public property? ◯ Private ◯ Public

Event Location: ◯ Indoor ◯ Outdoor

Event Start Time: 12 Event End Time: 6

Event Set-up Time: 10 Event Tear-down Time: 7

Started & Completed

Projected number of persons attending event: 100

Please describe in detail the activities planned.

~~easter~~ egg hunt, drag show, vendors,

**Traffic/Police/Utility Needs**

Will your event require the following? *Fees may be required for City services and use of City facilities.*

**Parking Arrangements** ◯ Yes ◯ No

- What type of parking will be utilized by this event? ◯ Onsite ◯ Off Site ◯ Both
  If off-site and parking is on private property, applicant must submit a letter of permission from property owner.
- Parking attendants? ◯ Yes ◯ No If yes, how many?
- How will attendees be transferred from off-site parking to the event area and returned?

**Electricity** ◯ Yes ◯ No

Electrical plugs? Electrical panel and/or generator? How many? Locations? Company providing generators?

**Police Security** ( ) Yes ( ) No

The applicant may be required to provide police officers for security, crowd and traffic control at the event. The total number of police officers working at the event is determined by the Canyon Chief of Police per Chapter 98 of the Code of Ordinances.

**Traffic Control** ( ) Yes ( ) No

Identify locations on **site plan** where requesting road closures and possible directing of traffic by officers.

**Trash Receptacles** ( ) Yes ( ) No

Identify the types of trash your event will create and provide suggested locations for trash receptacles. Applicants are responsible for the removal of all trash and litter on the day of the event

Dumpster: 2 Roll out: __________ Number of Receptacles: 2

**Fresh Water Connections** ( ) Yes ( ) No

Identify locations requested on site plan.

**Disposal of Wastewater**

Describe plans to dispose of any wastewater in connection with the event.

**Amplified Sound** ( ) Yes (•) No

Include specific details on the type of amplified sound. Site plan should show location and orientation of the systems. Speakers should not be positioned so as to adversely affect any adjacent residential area between the hours of 10 p.m. and 7 a.m.

**Provide a site plan including an event site plan, parking, booths, and emergency entrance and exits. All items checked "Yes" below must also be identified on the site plan and provide descriptive information where necessary. Check all items below that apply to your event. Items marked with ** may require additional permits and/or inspections.**

( ) Yes ( ) No — Will there be a petting zoo or any type of animals at the event? **

( ) Yes ( ) No — Will there be any inflatable's?

( ) Yes ( ) No — Will there be portable restrooms? __________ How many? __________
Company providing restrooms __________
Adequate numbers of accessible units are required.

( ) Yes ( ) No — Will any of the following be used – stage, stage/trailer, grandstand or bleachers?

( ) Yes ( ) No — Will there be a first aid station? If so by whom? Health department

( ) Yes ( ) No — Will there be amusement rides? **

( ) Yes ( ) No — Will alcoholic beverages be sold at the event? May require fencing and

controlled entrances ** (Must contact Texas Alcoholic Beverage Commission)

| | |
|---|---|
| ◯Yes ◯No | Will food or beverages be sold at event? ** (Must contact Environmental Health Department at 806-378-9472) |
| ◯Yes ◯No | Will there be merchandise sales? |
| ◯Yes ◯No | Will there be use of liquid propane or BBQ pits? |
| ◯Yes ◯No | Will fencing be utilized to secure the event? |
| ◯Yes ◯No | Will there be fireworks? Must be approved by Fire Chief and administered by a licensed technician. |
| ◯Yes ◯No | Will there be tents (top with sides)? A "Certificate of Fire Retardant and inspection may be required. |
| ◯Yes ◯No | Will there be canopies (top w/no sides)? |

**Public Notification**

City may require that applicant deliver written notice to all owners or occupants of real property abutting the boundaries of the area in which the event will be conducted. The notice must include the following information: event date, time, location, and a statement that an application for a Special Event Permit has been filed.

**Other Permits & Fees**

Attach copies of any required insurance, surety bonds, permits or other documents described in Section 98 of the City of Canyon Code of Ordinances or in this application.

**Cleanliness**

Applicant shall return public spaces to a clean and orderly condition and replace all City property to its original location. Applicant shall pay for the cost of replacement or repair of any damage to the facility or equipment within that public space caused from the use thereof. Appliance shall refrain from applying any permanent or semi-permanent markings to roads and pedestrian pathways without prior approval.

**Damage or Loss of Materials**

When events are not operated or sponsored by the City, the City shall not be responsible for damage or loss of materials used or left in any public spaces and does not assume liability on groups or individuals attending an event within said public spaces.

**Insurance**

No event permit shall be issued for a special event, parade, or race, until the applicant has filed a certificate of insurance, indicating that the required insurance to repair or replace any damage to publicly owned property within or adjacent to the event. Insurance policy shall be in force and effect during the period of time of the event and lists the City as an Additional Insured. Such insurance policy must be in the face amount of not less than ten thousand dollars ($10,000.00), and issued by a company licensed to issue such policy in Texas. This provision may be satisfied by either a special policy issued solely for the event or, by a standing liability policy maintained by the applicant year round, so long as it meets the requirements of this subsection. Applicants have the right to show cause when the insurance requirement should be reduced or waived, and to attach such request with the submitted permit application. The City

Manager will review requests and may increase, lower, or drop the insurance requirement based upon review of the event application.

An applicant may be required to furnish additional liability insurance based upon the type of event, equipment, machinery, location, alcohol related exposures, number of people involved, and other pertinent factors or risks associated with the event. Final determination of the amount of additional insurance necessary will be made by the City Manager.

## Indemnity Agreement

1) As a condition of a Special Event Permit being issued, the applicant agrees to protect, indemnify and hold harmless, the City of Canyon, its officers, agents and employees, from and against suits, actions, claims, losses, liability or damage of any character, and from and against costs and expenses including attorney fees incidental to the defense of such suits, actions, claims, losses, damage or liability on account of injury, death or otherwise, to any person or damage to any property, arising from any negligent act, error or omission of the undersigned, its officers, employees or agents, arising out of, resulting from, or caused by any act occurring as a result of the exercise of the privileges granted by this permit.

2) Applicant agrees that this indemnity agreement is intended to be as broad and inclusive as is permitted by the laws of the state of Texas, and that if any portion is held invalid, the remainder shall; notwithstanding, continue in full legal force and effect.

3) This indemnity agreement contains the entire agreement of the undersigned and the City of Canyon, and may not be modified or altered without the express written consent of the City of Canyon.

4) This indemnity agreement shall be construed in accordance with Texas law and is preferable for all purposes in the County of Randall, State of Texas.

**I do solemnly swear (or affirm) that all answers given and statements made on this applicant are, true and correct to the best of my knowledge and beliefs. I am aware of Ordinance 1021 and agree to comply with the requirements associated with it and those described in this application.**

[signature] 2-2-24

Applicant Signature Date

If the event will be held on private property, please have this portion signed by the owner of the private property where the Special Event is going to be held.

**I hereby grant the applicant and any affiliated organization permission to use my property in connection with the Special Event above described. I am aware of Ordinance 1021 and agree to comply with the requirements associated with it.**

Property Owner Signature Date

## Map or Sketch of Event, Equipment, and Parking Plan

Place a check next to each item included in your event and map or sketch out their locations on page 7.

☐ Identify all streets to be used or blocked and indicating whether all or only a portion of the street is used.

☐ Assembly area
☐ Disbanding area
☐ Plan of evacuation and proposed fire lanes
☐ Placement of Amplified Sounds/Loudspeakers
☐ Barricades
☐ First Aid Stations
☐ Tent(s) Size(s) ________
☐ Dumpster(s)
☐ Portable Restrooms #Regular________ #Handicapped________
☐ Parking Arrangements

Will there be any proposed parking along a street or highway? ○ Yes ○ No

Will there be any off-site parking: ○ Yes ○ No

If yes, applicant must include permission from property owner in application.

How will participants and attendees be transferred to the event and returned to the parking areas?

________________________________________________________________

________________________________________________________________

**Map/Sketch on Next Page**




**Map or Sketch**

*Suggested Map Symbols*:

Routes | Assembly Area | Disbanding Area | Loudspeaker Placement

**X** Barricade/Cones | First Aid Station | Tent | **D** Dumpster | **RR** Portable Restrooms

**P** Parking | **FV** Food Vending | **AB** Alcohol Beverage Sales

**Office Use Only**

## Special Event Permit Signature Sheet

Application #: ____________ Permit Fee: ________________ / ________________ ________________
Check # Amount Cash Amount

Credit Card Amount: ______________ Receipt #: ______________ Date: ________________

Comments: ____________________________________________

1. **Police Department** Approved Denied Date: ________________

   Signature: ____________________________________

   City Support requirements if any: ____________________________________

   ____________________________________________

   # Staff_________ x __________#Hours x $__________Hourly Wage = $__________Cost

   Comments: ____________________________________________

   ____________________________________________

   ____________________________________________

2. **Fire Department** Approved Denied Date: ________________

   Signature: ____________________________________

   City Support requirements if any: ____________________________________

   ____________________________________________

   # Staff_________ x __________#Hours x $__________Hourly Wage = $__________Cost

   Comments: ____________________________________________

   ____________________________________________

   ____________________________________________

3. **Public Works Department** Approved Denied Date: ________________

   Signature: ____________________________________

   City Support requirements and rates, if any ____________________________________

   ____________________________________________

   # Staff_________ x __________#Hours x $__________Hourly Wage = $__________Cost

   Comments: ____________________________________________

4. **Parks Department** Approved Denied Date: ______________

Signature: ______________________________

City Support requirements and rates, if any ______________________________

______________________________

# Staff________ x ________#Hours x $________Hourly Wage = $________Cost

Comments: ______________________________

______________________________

______________________________

5. **City Manager** Approved Denied Date: ______________

Signature: ______________________________

City Support requirements and rates, if any ______________________________

______________________________

Comments: ______________________________

______________________________

______________________________

Form should be completed and forwarded to next office on day received. City Manager will forward application to Police Department.

Other Additional Charges:

Nature of Cost________________ # of Units________ x $________Unit Cost = $________Cost

Nature of Cost________________ # of Units________ x $________Unit Cost = $________Cost

Nature of Cost________________ # of Units________ x $________Unit Cost = $________Cost

TOTAL ADDITIONAL COSTS = $____________

**Special Event Permit Approved** ______________________ ____________

**Chief of Police** **Date**

**Special Event Permit Number** ______________________________

04/02/2018