UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Amarillo Area Transgender Advocacy Group | § § § § | |
| *Plaintiff* | | |
| v. | § § | Case No.   2:24-cv-00199-Z |
| City of Canyon, Texas | § § § | |
| *Defendant* | | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Munger, Tolles & Olson LLP                                                              , with offices at

560 Mission Street, 27th Floor
(Street Address)

San Francisco                              CA                    94105
(City)                                     (State)               (Zip Code)

(415) 512-4000                             (415) 512-4077
(Telephone No.)                            (Fax No.)


II.   Applicant will sign all filings with the name  Aditi Ghatlia                                    .


III.  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Plaintiff, Amarillo Area Transgender Advocacy Group



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: 347260   Admission date: 12/09/2022

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

   N/A

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

   N/A

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

_____    _____

_____    _____

_____    _____

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

 Ryan Brown                                                                 , who has offices at

 1222 S. Fillmore Street
(Street Address)

 Amarillo                                  TX                  79101
(City)                                     (State)             (Zip Code)

 (806) 372-5711
(Telephone No.)                            (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   11th   day of September                  , 2024    .

 Aditi Ghatlia
Printed Name of Applicant

 *Aditi Ghatlia* (signature)
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

August 12, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ADITI GHATLIA, #347260 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 2022 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records