IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMARILLO AREA TRANSGENDER ADVOCACY GROUP,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF CANYON, TEXAS,<br><br>  Defendant. | 2:24-CV-199-Z |

## ORDER

Before the Court is Plaintiff's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 4), filed September 11, 2024. Aditi Ghatlia represents that she has read — and will comply with — both *Dondi Properties Corp. v. Com. Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas. And she identifies local counsel consistent with Local Rule 83.10. Thus, the Application is **GRANTED**.

**SO ORDERED**.

September 17, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE