IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMARILLO AREA TRANSGENDER ADVOCACY GROUP, | |
| Plaintiff, | |
| v. | 2:24-CV-199-Z |
| CITY OF CANYON, TEXAS, | |
| Defendant. | |

## ORDER

Before the Court is Plaintiff's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 5), filed September 11, 2024. V. Roman Leal represents that he has read — and will comply with — both *Dondi Properties Corp. v. Com. Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) and the Local Rules for the Northern District of Texas. And he identifies local counsel consistent with Local Rule 83.10. Thus, the Application is **GRANTED**.

**SO ORDERED**.

September 17, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE