# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Amarillo Area Transgender Advocacy Group <br> Plaintiff <br> v. <br> City of Canyon, Texas <br> Defendant | 2:24-cv-00199-Z <br> Case Number |

## NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

**Party Name:** Amarillo Area Transgender Advocacy Group

**Party Role (Plaintiff or Defendant):** Plaintiff

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 1/27/2025

Signature: /s/ V. Roman Leal

Printed Name: V. Roman Leal

Bar Number (if attorney): California Bar No. 293371

Telephone Number: (415) 512-4023

E-mail Address: roman.leal@mto.com

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

## TRIALS BY THE UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(c)(1) and Fed. R. Civ. P. 73(b), upon consent of all parties in a civil case, the district judge may enter an order reassigning the civil case to a magistrate judge. Miscellaneous Order No. 6 of the Northern District of Texas provides that it is the plaintiff's obligation to attach a copy of this notice to the complaint and summons, when served.

## NOTICE OF RIGHT TO CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The Court has experienced, competent, and hard-working magistrate judges who are available to try jury and non-jury civil cases pursuant to 28 U.S.C. § 636(c). Consent to proceedings before a magistrate judge may allow you to expedite the handling of your case.

You may consent to the exercise of civil jurisdiction over your case by a magistrate judge. If all parties involved in your case consent, the presiding district judge may reassign your case to a magistrate judge.

Your decision to consent to the reassignment of your case to a magistrate judge, or not to consent, is entirely voluntary and without any adverse consequences if you choose not to consent. Your decision should be communicated to the clerk of the district court using *Notice and Election Regarding Consent to Proceed Before a United States Magistrate* form. A district judge or magistrate judge will not be informed of any party's decision unless all parties have consented to the reassignment of the matter to a magistrate judge.

Even if all parties consent to the exercise of civil jurisdiction by a magistrate judge, the district judge may choose not to enter an order reassigning the case to a magistrate judge. However, if the district judge reassigns your case to the magistrate judge, the magistrate judge is then authorized to conduct any or all proceedings in the case, including a jury or non-jury trial, and order the entry of a final judgment. Upon entry of judgment by the magistrate judge in any case transferred under 28 U.S.C. § 636(c)(1), 28 U.S.C. § 636(c)(3) provides that "an aggrieved party may appeal directly to the appropriate United States court of appeals from the judgment of the magistrate judge in the same manner as an appeal from any other judgment of a district court."

## SUBMITTING YOUR CONSENT ELECTRONICALLY

If you are a registered electronic filer in the Northern District of Texas, you may complete the online form available in the court's ECF system under *Civil Events*, *Other Filings*. Please note that this submission is not treated as a filing in ECF, so the consent form will not appear on the docket sheet. Non-ECF filers may access the form on the court's website at www.txnd.uscourts.gov, *Forms, Civil* or request a paper copy from any of the clerk's seven divisional offices.

**NOTE: The event in ECF is temporarily unavailable. Please email your completed form to assist_team@txnd.uscourts.gov.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Amarillo Area Transgender Advocacy Group
_____
Plaintiff

v.

City of Canyon, Texas
_____
Defendant

§
§
§
§
§
§
§
§
§

2:24-cv-00199-Z
_____
Case Number

## NOTICE AND ELECTION REGARDING CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C § 636(c), the undersigned notifies the clerk that

City of Canyon, Texas                    Defendant
_____          _____
*Party Name*                              *Party Role (Plaintiff or Defendant)*

[✓] waives the right to proceed before a district judge of the United States District Court and consents to have a United States magistrate judge conduct any and all further proceedings, including any trial, and order entry of a final judgment.

[ ] acknowledges the availability of a United States magistrate judge to try this case or rule on dispositive motions but chooses not to consent to proceed before the magistrate judge.

Date: 1/27/2025

Signature: */s/ Slater C. Elza*

Printed Name: Slater C. Elza

Bar Number (if attorney): Texas Bar No. 24000747

Telephone Number: (806) 376-5613

E-mail Address: slater.elza@uwlaw.com

**NOTE:** A district judge or magistrate judge will not be informed of any party's election unless all parties have consented to the reassignment of the matter to a magistrate judge.

## TRIALS BY THE UNITED STATES MAGISTRATE JUDGE

In accordance with 28 U.S.C. § 636(c)(1) and Fed. R. Civ. P. 73(b), upon consent of all parties in a civil case, the district judge may enter an order reassigning the civil case to a magistrate judge. Miscellaneous Order No. 6 of the Northern District of Texas provides that it is the plaintiff's obligation to attach a copy of this notice to the complaint and summons, when served.

## NOTICE OF RIGHT TO CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The Court has experienced, competent, and hard-working magistrate judges who are available to try jury and non-jury civil cases pursuant to 28 U.S.C. § 636(c). Consent to proceedings before a magistrate judge may allow you to expedite the handling of your case.

You may consent to the exercise of civil jurisdiction over your case by a magistrate judge. If all parties involved in your case consent, the presiding district judge may reassign your case to a magistrate judge.

Your decision to consent to the reassignment of your case to a magistrate judge, or not to consent, is entirely voluntary and without any adverse consequences if you choose not to consent. Your decision should be communicated to the clerk of the district court using *Notice and Election Regarding Consent to Proceed Before a United States Magistrate* form. A district judge or magistrate judge will not be informed of any party's decision unless all parties have consented to the reassignment of the matter to a magistrate judge.

Even if all parties consent to the exercise of civil jurisdiction by a magistrate judge, the district judge may choose not to enter an order reassigning the case to a magistrate judge. However, if the district judge reassigns your case to the magistrate judge, the magistrate judge is then authorized to conduct any or all proceedings in the case, including a jury or non-jury trial, and order the entry of a final judgment. Upon entry of judgment by the magistrate judge in any case transferred under 28 U.S.C. § 636(c)(1), 28 U.S.C. § 636(c)(3) provides that "an aggrieved party may appeal directly to the appropriate United States court of appeals from the judgment of the magistrate judge in the same manner as an appeal from any other judgment of a district court."

## SUBMITTING YOUR CONSENT ELECTRONICALLY

If you are a registered electronic filer in the Northern District of Texas, you may complete the online form available in the court's ECF system under *Civil Events*, *Other Filings*. Please note that this submission is not treated as a filing in ECF, so the consent form will not appear on the docket sheet. Non-ECF filers may access the form on the court's website at www.txnd.uscourts.gov, *Forms, Civil* or request a paper copy from any of the clerk's seven divisional offices.

**NOTE: The event in ECF is temporarily unavailable. Please email your completed form to assist_team@txnd.uscourts.gov.**