IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AMARILLO AREA TRANSGENDER ADVOCACY GROUP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 2:24-CV-00199 |
| CITY OF CANYON, TEXAS, | § § | |
| Defendant. | § § | |

**JOINT MOTION TO STAY MEDIATION DEADLINE**

Plaintiff Amarillo Area Transgender Advocacy Group and Defendant City of Canyon (collectively, the "Parties"), by and through their undersigned counsel, respectfully move the Court for an order temporarily staying the mediation deadline while the Parties seek to conclude ongoing settlement negotiations, and in support state as follows:

On February 4, 2025, this Court entered a Scheduling Order that set a deadline of September 26, 2025 for the Parties to engage in mediation. Dkt. 23.

Over the last month, and in parallel to their discovery efforts, the parties have been engaged in active settlement discussions outside of mediation and appear to have reached agreement on a settlement in principle that would resolve the case in its entirety without the need for continued litigation. Given the status of their ongoing negotiations, the Parties believe it is appropriate to stay the mediation deadline while the Parties seek to finalize a settlement. Staying only the mediation deadline will permit the Parties to potentially complete their settlement discussions while allowing the case to otherwise proceed as scheduled.

Good cause exists under Fed. R. Civ. P. 16(b)(4) to grant this relief. The request is jointly made, limited in scope, and intended to maximize the likelihood of settlement while avoiding potentially unnecessary costs.

1

The Parties further propose submitting a joint status report within 30 days advising the Court of the status of settlement and whether a new mediation deadline should be set. Should the parties successfully settle the case prior to this deadline, the parties will notify the Court.

For the foregoing reasons, the Parties ask the Court to grant this joint motion, stay the mediation deadline, and direct the Parties to submit a joint status report within 30 days.

**Respectfully Submitted,**

DATED: September 26, 2025

*/s/ Jennifer Bryant*
Jennifer L. Bryant (California Bar No. 293371)
Matthew Miyamoto (California Bar No. 335933)
Maggie Bushell (California Bar No. 354048)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 683-9100
Fax: (213) 687-3702
Jennifer.Bryant@mto.com
Matthew.Miyamoto@mto.com
Maggie.Bushell@mto.com

Roman Leal (California Bar No. 348892)
Aditi Ghatlia (California Bar No. 347260)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Fax: (415) 512-4077
Roman.Leal@mto.com
Aditi.Ghatlia@mto.com

Ryan Patrick Brown (Texas Bar No. 24073967)
RYAN BROWN P.L.L.C.
1222 S. Fillmore
Amarillo, Texas 79101
Telephone: (806) 372-5711
info@ryanbrownattorneyatlaw.com

*Attorneys for Plaintiff*

|  |  |
|---|---|
| DATED: September 26, 2025 | /s/ Slater Elza |
|  | Slater C. Elza |
|  | State Bar No. 24000747 |
|  | slater.elza@uwlaw.com |
|  | UNDERWOOD LAW FIRM, P.C. |
|  | P.O. Box 9158 |
|  | Amarillo, Texas  79105 |
|  | (806) 376-5613 |
|  | Fax: (806) 379-0316 |
|  |  |
|  | Janet Sobey Bubert |
|  | State Bar No. 24036281 |
|  | Janet.bubert@uwlaw.com |
|  | UNDERWOOD LAW FIRM, P.C. |
|  | 600 Bailey Avenue, Suite 200 |
|  | Fort Worth, TX  76107 |
|  | (817) 885-7529 |
|  | Fax: (817) 439-9922 |
|  |  |
|  | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of September, 2025, a true and correct copy of the above document was served via the Court's ECF system on all counsel of record.

DATED: September 26, 2025

/s/ *Maggie Bushell*
Jennifer L. Bryant (California Bar No. 293371)
Matthew Miyamoto (California Bar No. 335933)
Maggie Bushell (California Bar No. 354048)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 683-9100
Fax: (213) 687-3702
Jennifer.Bryant@mto.com
Matthew.Miyamoto@mto.com
Maggie.Bushell@mto.com

Roman Leal (California Bar No. 348892)
Aditi Ghatlia (California Bar No. 347260)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Fax: (415) 512-4077
Roman.Leal@mto.com
Aditi.Ghatlia@mto.com

Ryan Patrick Brown (Texas Bar No. 24073967)
RYAN BROWN P.L.L.C.
1222 S. Fillmore
Amarillo, Texas 79101
Telephone: (806) 372-5711
info@ryanbrownattorneyatlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that on 26th day of September, 2025, the parties conferred regarding this motion. This motion is jointly submitted and unopposed.

DATED: September 26, 2025

/s/ Maggie Bushell
Jennifer L. Bryant (California Bar No. 293371)
Matthew Miyamoto (California Bar No. 335933)
Maggie Bushell (California Bar No. 354048)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 683-9100
Fax: (213) 687-3702
Jennifer.Bryant@mto.com
Matthew.Miyamoto@mto.com
Maggie.Bushell@mto.com

Roman Leal (California Bar No. 348892)
Aditi Ghatlia (California Bar No. 347260)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Fax: (415) 512-4077
Roman.Leal@mto.com
Aditi.Ghatlia@mto.com

Ryan Patrick Brown (Texas Bar No. 24073967)
RYAN BROWN P.L.L.C.
1222 S. Fillmore
Amarillo, Texas 79101
Telephone: (806) 372-5711
info@ryanbrownattorneyatlaw.com

*Attorneys for Plaintiff*