IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AMARILLO AREA TRANSGENDER ADVOCACY GROUP, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | CASE NO. 2:24-CV-00199 |
| CITY OF CANYON, TEXAS, | § § § | |
| Defendant. | § | |

## JOINT STATUS REPORT AND MOTION TO VACATE

Plaintiff Amarillo Area Transgender Advocacy Group and Defendant City of Canyon (collectively, the "Parties"), by and through their undersigned counsel, file this joint status report and motion to vacate all deadlines pursuant to the Court's order on October 3, 2025. *See* Dkt. #33.

The parties are pleased to report that they have reached a settlement and expect to finalize a written settlement agreement within the coming days. Once finalized, the Parties intend to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41. To conserve judicial and party resources, the Parties respectfully request that the Court vacate all current case deadlines.

Good cause exists under Federal Rule of Civil Procedure 16(b)(4) to grant this relief. The request is jointly made and intended to facilitate finalization of the settlement while avoiding potentially unnecessary costs.

The Parties further propose submitting a joint status report within 30 days advising the Court of the status of settlement. Should the parties finalize the settlement agreement earlier, the Parties will promptly notify the Court.

For the foregoing reasons, the Parties ask the Court to grant this joint motion, vacate all deadlines, and direct the Parties to submit a joint status report within 30 days.

|  |  |
|---|---|
|  | **Respectfully Submitted,** |
| DATED: October 23, 2025 | */s/ Jennifer L. Bryant* |
|  | Jennifer L. Bryant (California Bar No. 293371) |
|  | Matthew Miyamoto (California Bar No. 335933) |
|  | Maggie Bushell (California Bar No. 354048) |
|  | MUNGER, TOLLES & OLSON LLP |
|  | 350 South Grand Avenue |
|  | Los Angeles, California 90071 |
|  | Telephone: (213) 683-9100 |
|  | Fax: (213) 687-3702 |
|  | Jennifer.Bryant@mto.com |
|  | Matthew.Miyamoto@mto.com |
|  | Maggie.Bushell@mto.com |
|  |  |
|  | Roman Leal (California Bar No. 348892) |
|  | Aditi Ghatlia (California Bar No. 347260) |
|  | MUNGER, TOLLES & OLSON LLP |
|  | 560 Mission Street, Twenty-Seventh Floor |
|  | San Francisco, California 94105-2907 |
|  | Telephone: (415) 512-4000 |
|  | Fax: (415) 512-4077 |
|  | Roman.Leal@mto.com |
|  | Aditi.Ghatlia@mto.com |
|  |  |
|  | Ryan Patrick Brown (Texas Bar No. 24073967) |
|  | RYAN BROWN P.L.L.C. |
|  | 1222 S. Fillmore |
|  | Amarillo, Texas 79101 |
|  | Telephone: (806) 372-5711 |
|  | info@ryanbrownattorneyatlaw.com |
|  |  |
|  | *Attorneys for Plaintiff* |

DATED: October 23, 2025	/s/ *Slater C. Elza*
Slater C. Elza
State Bar No. 24000747
slater.elza@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
P.O. Box 9158
Amarillo, Texas  79105
(806) 376-5613
Fax: (806) 379-0316

Janet Sobey Bubert
State Bar No. 24036281
Janet.bubert@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
600 Bailey Avenue, Suite 200
Fort Worth, TX  76107
(817) 885-7529
Fax: (817) 439-9922

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of October, 2025, a true and correct copy of the above document was served via the Court's ECF system on all counsel of record.

DATED: October 23, 2025

*/s/ Jennifer L. Bryant*
Jennifer L. Bryant (California Bar No. 293371)
Matthew Miyamoto (California Bar No. 335933)
Maggie Bushell (California Bar No. 354048)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 683-9100
Fax: (213) 687-3702
Jennifer.Bryant@mto.com
Matthew.Miyamoto@mto.com
Maggie.Bushell@mto.com

Roman Leal (California Bar No. 348892)
Aditi Ghatlia (California Bar No. 347260)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Fax: (415) 512-4077
Roman.Leal@mto.com
Aditi.Ghatlia@mto.com

Ryan Patrick Brown (Texas Bar No. 24073967)
RYAN BROWN P.L.L.C.
1222 S. Fillmore
Amarillo, Texas 79101
Telephone: (806) 372-5711
info@ryanbrownattorneyatlaw.com

*Attorneys for Plaintiff*

4

**CERTIFICATE OF CONFERENCE**

I hereby certify that on 23rd day of October, 2025, the parties conferred regarding this motion. This motion is jointly submitted and unopposed.

DATED: October 23, 2025

                                                                  */s/ Jennifer L. Bryant*
Jennifer L. Bryant (California Bar No. 293371)
Matthew Miyamoto (California Bar No. 335933)
Maggie Bushell (California Bar No. 354048)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 683-9100
Fax: (213) 687-3702
Jennifer.Bryant@mto.com
Matthew.Miyamoto@mto.com
Maggie.Bushell@mto.com

Roman Leal (California Bar No. 348892)
Aditi Ghatlia (California Bar No. 347260)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Fax: (415) 512-4077
Roman.Leal@mto.com
Aditi.Ghatlia@mto.com

Ryan Patrick Brown (Texas Bar No. 24073967)
RYAN BROWN P.L.L.C.
1222 S. Fillmore
Amarillo, Texas 79101
Telephone: (806) 372-5711
info@ryanbrownattorneyatlaw.com

*Attorneys for Plaintiff*