IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMARILLO AREA TRANSGENDER ADVOCACY GROUP,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF CANYON, TEXAS,<br><br>    Defendant. | 2:24-CV-199-Z |

### ORDER

Before the Court is the parties' Joint Status Report and Motion to Vacate ("Motion"), filed October 23, 2025. ECF No. 34. The parties report that they "have reached a settlement and expect to finalize a written settlement agreement within the coming days." *Id.* at 1. Accordingly, they "request that the Court vacate all current case deadlines." *Id.* They also propose "submitting a joint status report within 30 days advising the Court of the status of settlement." *Id.*

The Court finds that good cause to modify the scheduling order exists under Federal Rule of Civil Procedure 16(b)(4). Accordingly, the Court **GRANTS** the Motion to vacate the deadlines currently governing this case. The parties are **ORDERED** to submit a joint status report within thirty days of the date of this Order.

**SO ORDERED**.

October 27, 2025

                                                  MATTHEW J. KACSMARYK
                                                  UNITED STATES DISTRICT JUDGE