IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AMARILLO AREA TRANSGENDER ADVOCACY GROUP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 2:24-CV-00199 |
| CITY OF CANYON, TEXAS, | § § § | |
| Defendant. | § | |

**JOINT STATUS REPORT**

  Plaintiff Amarillo Area Transgender Advocacy Group ("AATAG") and Defendant City of Canyon (collectively, the "Parties"), by and through their undersigned counsel, file this joint status report pursuant to the Court's order on October 27, 2025. *See* Dkt. #35.

  The parties are pleased to report that they have finalized a settlement agreement, which provides for the dismissal of this action upon the City of Canyon's approval of AATAG's application for a 2026 event permit, AATAG signing the Settlement Agreement and Release, and AATAG's receipt of a settlement payment. The Parties expect these conditions to be satisfied soon. Once satisfied, the Parties intend to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41.

  The Parties propose submitting a joint status report within 30 days advising the Court of the status of settlement. Should the conditions of settlement be satisfied earlier, the Parties will promptly dismiss this action.

**Respectfully Submitted,**

DATED: November 26, 2025

*/s/ Jennifer L. Bryant*
Jennifer L. Bryant (California Bar No. 293371)
Matthew Miyamoto (California Bar No. 335933)
Maggie Bushell (California Bar No. 354048)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 683-9100
Fax: (213) 687-3702
Jennifer.Bryant@mto.com
Matthew.Miyamoto@mto.com
Maggie.Bushell@mto.com

Roman Leal (California Bar No. 348892)
Aditi Ghatlia (California Bar No. 347260)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Fax: (415) 512-4077
Roman.Leal@mto.com
Aditi.Ghatlia@mto.com

Ryan Patrick Brown (Texas Bar No. 24073967)
RYAN BROWN P.L.L.C.
1222 S. Fillmore
Amarillo, Texas 79101
Telephone: (806) 372-5711
info@ryanbrownattorneyatlaw.com

*Attorneys for Plaintiff*

DATED: November 26, 2025                /s/ *Slater Elza*
                                                Slater C. Elza
                                                State Bar No. 24000747
                                                slater.elza@uwlaw.com
                                                UNDERWOOD LAW FIRM, P.C.
                                                P.O. Box 9158
                                                Amarillo, Texas  79105
                                                (806) 376-5613
                                                Fax: (806) 379-0316

                                                Janet Sobey Bubert
                                                State Bar No. 24036281
                                                Janet.bubert@uwlaw.com
                                                UNDERWOOD LAW FIRM, P.C.
                                                600 Bailey Avenue, Suite 200
                                                Fort Worth, TX  76107
                                                (817) 885-7529
                                                Fax: (817) 439-9922

                                                *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26 day of November, 2025, a true and correct copy of the above document was served via the Court's ECF system on all counsel of record.

DATED: November 26, 2025

/s/ *Maggie Bushell*
Jennifer L. Bryant (California Bar No. 293371)
Matthew Miyamoto (California Bar No. 335933)
Maggie Bushell (California Bar No. 354048)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 683-9100
Fax: (213) 687-3702
Jennifer.Bryant@mto.com
Matthew.Miyamoto@mto.com
Maggie.Bushell@mto.com

Roman Leal (California Bar No. 348892)
Aditi Ghatlia (California Bar No. 347260)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Fax: (415) 512-4077
Roman.Leal@mto.com
Aditi.Ghatlia@mto.com

Ryan Patrick Brown (Texas Bar No. 24073967)
RYAN BROWN P.L.L.C.
1222 S. Fillmore
Amarillo, Texas 79101
Telephone: (806) 372-5711
info@ryanbrownattorneyatlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that on 26 day of November, 2025, the parties conferred regarding this filing. This status report is jointly submitted and unopposed.

DATED: November 26, 2025

/s/ *Maggie Bushell*
Jennifer L. Bryant (California Bar No. 293371)
Matthew Miyamoto (California Bar No. 335933)
Maggie Bushell (California Bar No. 354048)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 683-9100
Fax: (213) 687-3702
Jennifer.Bryant@mto.com
Matthew.Miyamoto@mto.com
Maggie.Bushell@mto.com

Roman Leal (California Bar No. 348892)
Aditi Ghatlia (California Bar No. 347260)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Fax: (415) 512-4077
Roman.Leal@mto.com
Aditi.Ghatlia@mto.com

Ryan Patrick Brown (Texas Bar No. 24073967)
RYAN BROWN P.L.L.C.
1222 S. Fillmore
Amarillo, Texas 79101
Telephone: (806) 372-5711
info@ryanbrownattorneyatlaw.com

*Attorneys for Plaintiff*