IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AMARILLO AREA TRANSGENDER ADVOCACY GROUP, | § § § § § | |
| Plaintiff, | | |
| v. | § § | CASE NO. 2:24-CV-00199 |
| CITY OF CANYON, TEXAS, | § § § | |
| Defendant. | § | |

## JOINT BRIEF

Plaintiff Amarillo Area Transgender Advocacy Group ("AATAG") and Defendant City of Canyon (collectively, the "Parties"), by and through their undersigned counsel, file this Joint Brief pursuant to the Court's December 1, 2025 Order directing the Parties "to submit a Joint Brief certifying that any settlement in this case will comply with Texas state law, including S.B. 12," and "discuss[ing] with specificity how the parties anticipate Texas state law will apply to Plaintiff's contemplated performance on City of Canyon public property."  Dkt. #37 at 1.

The Parties hereby certify that the settlement they have reached in this case complies with Texas state law, including S.B. 12.[1]  AATAG is a nonprofit organization that hosts a variety of community-building activities in the Texas panhandle throughout the year for people of all ages.  One such event was held in Paul Lindsey Park in Canyon, Texas in 2022 and 2023.  The Parties' Settlement Agreement and Release provides, among other things, that the City of Canyon has approved AATAG's application to host a 2026 event in Paul Lindsey Park.

Texas Senate Bill 12 "regulates sexually oriented performances" on public property.

---

[1] In *Woodlands Pride, Inc. v. Paxton*, the Fifth Circuit vacated an injunction against S.B. 12's enforcement. 157 F.4th 775 (5th Cir. 2025).  The mandate has not issued, and a rehearing petition is pending.  The Parties nevertheless certify that their settlement in this case will comply with S.B. 12 and other applicable Texas state law.

*Woodlands Pride, Inc. v. Paxton*, 157 F.4th 775, 781 (5th Cir. 2025). A "sexually oriented performance" is one that (1) features a "performer who is nude" or "who engages in sexual conduct," and (2) "appeals to the prurient interest in sex." Tex. Pen. Code § 43.28(a)(2). This second prong is informed by United States Supreme Court obscenity precedent. *Woodlands Pride*, 157 F.4th at 780 n.4. To "appeal[] to the prurient interest in sex" within the meaning of S.B. 12, a performance, "at a minimum, must be 'in some sense erotic.'" *Id.* at 780–81 (quoting *Ashcroft v. ACLU*, 535 U.S. 564, 579 (2002).

In *Woodlands Pride*, the Fifth Circuit considered whether an organization's festival that included a "family friendly drag performance" could be construed as proscribed by S.B. 12. *Id.* at 782. At the organization's performances, there had never been any nudity, "no exhibition or representation of actual or simulated sexual acts or genitals, and no sexual gesticulations with exaggerated prosthetic penises." *Id.* at 783. The Fifth Circuit concluded the organization did not "intend to engage in conduct that is arguably proscribed by S.B. 12." *Id.*

The same is true here. AATAG's anticipated 2026 event in Paul Lindsey Park that has been approved as part of the Parties' settlement will include speeches, food trucks, vendors, an egg hunt, and a family-friendly drag show. Like the organizer in *Woodlands Pride*, AATAG does not intend to engage in conduct that is proscribed by S.B. 12.[2] To ensure the event is family-friendly and suitable for all ages, AATAG will admonish performers to avoid nudity as defined by Section 102.051 of the Texas Business & Commerce Code, to not "exhibit[] or represent[]" "actual or simulated sexual acts or genitals," and to not include "sexual gesticulations with exaggerated prosthetic penises." *Id.* at 783. AATAG further intends to direct performers at the drag show to

---

[2] Indeed, AATAG has warranted that the anticipated 2026 event will comply with State and Federal law and that AATAG will not permit any sexually oriented performance as defined under Texas law on public property nor in the presence of an individual younger than 18 years of age. AATAG acknowledges that the referenced event will take place on public property.

tailor their performances for an all-ages audience, and all performers' outfits and music choices will be preapproved to ensure they are suitable for all ages. Furthermore, performers will arrive at the event in their outfits—so there will be no on-site changing—and AATAG will have a basket for donations so there will be no contact between performers and members of the audience.

Accordingly, the Parties certify that their settlement in this case complies with Texas state law, including S.B. 12.[3]

**Respectfully Submitted,**

DATED: December 8, 2025

/s/ *Jennifer L. Bryant*
Jennifer L. Bryant (California Bar No. 293371)
Matthew Miyamoto (California Bar No. 335933)
Maggie Bushell (California Bar No. 354048)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 683-9100
Fax: (213) 687-3702
Jennifer.Bryant@mto.com
Matthew.Miyamoto@mto.com
Maggie.Bushell@mto.com

Roman Leal (California Bar No. 348892)
Aditi Ghatlia (California Bar No. 347260)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Fax: (415) 512-4077
Roman.Leal@mto.com
Aditi.Ghatlia@mto.com

---

[3] The Parties submit this Joint Brief in accordance with the Court's Order without waiving any rights, claims, defenses, or arguments that may be asserted in any future dispute, including any controversy concerning the constitutionality of S.B. 12. Nothing in this Joint Brief shall be construed to modify, interpret, or limit any term of the Settlement Agreement and Release.

                                                     Ryan Patrick Brown (Texas Bar No. 24073967)
                                                     RYAN BROWN P.L.L.C.
                                                     1222 S. Fillmore
                                                     Amarillo, Texas 79101
                                                     Telephone: (806) 372-5711
                                                     info@ryanbrownattorneyatlaw.com

                                                     *Attorneys for Plaintiff*

DATED: December 8, 2025            */s/ Slater C. Elza*
                                                     Slater C. Elza
                                                     State Bar No. 24000747
                                                     slater.elza@uwlaw.com
                                                     UNDERWOOD LAW FIRM, P.C.
                                                     P.O. Box 9158
                                                     Amarillo, Texas  79105
                                                     (806) 376-5613
                                                     Fax: (806) 379-0316

                                                     Janet Sobey Bubert
                                                     State Bar No. 24036281
                                                     Janet.bubert@uwlaw.com
                                                     UNDERWOOD LAW FIRM, P.C.
                                                     600 Bailey Avenue, Suite 200
                                                     Fort Worth, TX  76107
                                                     (817) 885-7529
                                                     Fax: (817) 439-9922

                                                     *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 8th day of December, 2025, a true and correct copy of the above document was served via the Court's ECF system on all counsel of record.

DATED: December 8, 2025

                                    */s/ Matthew Miyamoto*
                                    Jennifer L. Bryant (California Bar No. 293371)
                                    Matthew Miyamoto (California Bar No. 335933)
                                    Maggie Bushell (California Bar No. 354048)
                                    MUNGER, TOLLES & OLSON LLP
                                    350 South Grand Avenue
                                    Los Angeles, California 90071
                                    Telephone: (213) 683-9100
                                    Fax: (213) 687-3702
                                    Jennifer.Bryant@mto.com
                                    Matthew.Miyamoto@mto.com
                                    Maggie.Bushell@mto.com

                                    Roman Leal (California Bar No. 348892)
                                    Aditi Ghatlia (California Bar No. 347260)
                                    MUNGER, TOLLES & OLSON LLP
                                    560 Mission Street, Twenty-Seventh Floor
                                    San Francisco, California 94105-2907
                                    Telephone: (415) 512-4000
                                    Fax: (415) 512-4077
                                    Roman.Leal@mto.com
                                    Aditi.Ghatlia@mto.com

                                    Ryan Patrick Brown (Texas Bar No. 24073967)
                                    RYAN BROWN P.L.L.C.
                                    1222 S. Fillmore
                                    Amarillo, Texas 79101
                                    Telephone: (806) 372-5711
                                    info@ryanbrownattorneyatlaw.com

                                    *Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

I hereby certify that on 8th day of December, 2025, the parties conferred regarding this filing. This Joint Brief is jointly submitted and unopposed.

DATED: December 8, 2025

/s/ Matthew Miyamoto
Jennifer L. Bryant (California Bar No. 293371)
Matthew Miyamoto (California Bar No. 335933)
Maggie Bushell (California Bar No. 354048)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 683-9100
Fax: (213) 687-3702
Jennifer.Bryant@mto.com
Matthew.Miyamoto@mto.com
Maggie.Bushell@mto.com

Roman Leal (California Bar No. 348892)
Aditi Ghatlia (California Bar No. 347260)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Fax: (415) 512-4077
Roman.Leal@mto.com
Aditi.Ghatlia@mto.com

Ryan Patrick Brown (Texas Bar No. 24073967)
RYAN BROWN P.L.L.C.
1222 S. Fillmore
Amarillo, Texas 79101
Telephone: (806) 372-5711
info@ryanbrownattorneyatlaw.com

*Attorneys for Plaintiff*